[No. 11797–1–I.   Division One.   April 24, 1985.]

CONDOMINIUM BUILDERS, INC., *Respondent,* v. LOCKHAVEN
MARINA, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81–2–09834–7, Shannon Wetherall, J., entered
April 30, 1982. *Affirmed in part* and *reversed in part*
by unpublished opinion per Ringold, J., concurred in by
Scholfield, A.C.J., and Swanson, J.

[No. 13520–1–I.   Division One.   April 29, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. DARYL
EUGENE SUTTON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83–1–00852–4, David C. Hunter, J., entered
July 7, 1983. *Affirmed* by unpublished opinion per Grosse,
J., concurred in by Ringold and Coleman, JJ.

[No. 13766–2–I.   Division One.   April 29, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
HENRY PETERS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83–8–02178–4, Charles V. Johnson, J., entered
August 18, 1983. *Reversed* by unpublished opinion per
Grosse, J., concurred in by Ringold and Coleman, JJ.

[No. 13996–7–I.   Division One.   April 29, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. DEVIN
WARD THOMAS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83–8–03461–4, Jack Richey, J. Pro Tem.,
entered November 2, 1983. *Affirmed* by unpublished opin-
ion per Grosse, J., concurred in by Ringold and Coleman,
JJ.